DESIGNING HEALTH, INC., Plaintiff–Cross Appellant,

and

Bernard Collett and Robert Macintosh Collett, Plaintiffs/Third Party Defendants–Cross Appellants,

and

Collett Veterinary Clinic, Inc. and Collett Family Trust, Third Party Defendants–Appellees,

v.

UDO ERASMUS, Defendant/Third Party Plaintiff–Appellant,

and

Flora, Inc., Flora Manufacturing and Distributing, Ltd., Thomas Greither, and Gabriel Lightfriend, Defendants–Appellants.

Nos. 03–1438, 03–1439, 03–1440, 03–1441, 03–1442, 03–1443, 03–1457.

United States Court of Appeals, Federal Circuit.

July 24, 2003.

ORDER

Order Vacated, See 2003 WL 21957084.

The appellant * having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

* Appellant Udo Erasmus